Khalilah JOHNSON, Plaintiff-Appellant,

v.

UNITED PARCEL SERVICE, INC., Defendant-Appellee,

and

International Brotherhood of Teamsters; Teamsters Local Union No. 355, Defendants.

No. 16-2045

United States Court of Appeals, Fourth Circuit.

Submitted: February 17, 2017

Decided: February 23, 2017

Khalilah Johnson, Appellant Pro Se. Jill Schultz Distler, Emmett F. McGee, Jr.,

Jackson Lewis PC, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalilah Johnson appeals the district court's order granting summary judgment to her employer on her retaliation claim. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, Johnson has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant Johnson leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED